

## Coughlin & Gerhart LLP

ATTORNEYS AND COUNSELORS

BINGHAMTON
BAINBRIDGE
CORTLAND
HANCOCK
ITHACA
MONTROSE
OWEGO
WALTON

www.cglawoffices.com

99 Corporate Drive
Binghamton, New York 13904

Mailing Address:
PO Box 2039
Binghamton, NY 13902-2039
(607) 723-9511
(877) COUGHLIN
Fax: (607) 723-1530
e-mail: Wgraves@cglawoffices.com

September 17, 2019

**VIA E-FILING**
Hon. Miroslav Lovric
US District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

      **RE:** **High End Multi Processing, LLC v. Cannabis Refinery Leasing, Inc. et al**
            **3:19-cv-00199-FJS-ML**
            **Request of Adjournment of Phone Conference**
            **Our File: #22424-0024**

Dear Judge Lovric:

      As you are aware, we have a phone conference scheduled with Your Honor on September 19th at 10:30 am. I write to inform you that the parties have agreed upon terms of settlement, and are currently executing a settlement agreement to memorialize their agreement in writing. That being said, we believe that we may be in a position to dismiss this matter within the next few weeks.

      Given the foregoing, we respectfully request an adjournment of the phone conference scheduled for September 19th. I believe that an adjournment to the week of October 21st will give the parties ample time to complete the terms of the settlement agreement. Upon completion of the terms of the settlement agreement, we will file a voluntary stipulation of dismissal (with prejudice) signed by Ms. Abbott and Ms. Moar, which I expect will be prior to October 21st.

      Please let me know if I can provide you with any additional information.

Respectfully submitted,

COUGHLIN & GERHART, LLP

By   William O.J. Graves
      Associate
WOG/kr

cc:   Lippes Mathias Wexler Friedman LLP
       Attn.:  Stacey L. Moar, Esq. (via e-mail: smoar@lippes.com)
               Dennis C. Vacco, Esq. (via e-mail: dvacco@lippes.com)